UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS NORMAN, an individual; NICOLETTE COCHRAN, an individual; and ROES 1 through 100 inclusive,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ESSEX PROPERTY TRUST, INC., a Maryland Corporation; ESSEX PORTFOLIO, L.P., a California Limited Partnership; 95360 RESIDENCES, L.P., a California Limited Partnership; 500 FOLSOM, L.P., a California Limited Partnership; BAYPORT SERRANO ASSOCIATES, L.P., a California Limited Partnership; BELMONT AFFORDABLE PARTNERS, L.P., a California Limited Partnership; BEX FMCA, LLC, a Delaware Limited Liability Company; BEX II GP, LLC, a Delaware Limited Liability Company; BEX III GP, LLC, a Delaware Limited Liability Company; BEX IV GP, LLC, a Delaware Limited Liability Company; BEX PORTFOLIO, LLC, a Delaware Limited Liability Company; BEXAEW ESPLANADE, LP, a California Limited Partnership; | Case No.: 23-CV-348 TWR (MSB)<br><br>**ORDER (1) REMANDING ACTION TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO; AND (2) DENYING AS MOOT PLAINTIFFS' MOTION FOR REMAND**<br><br>(ECF Nos. 6, 8) |

1

| | |
|---|---|
| 1 | BEXAEW GP, LLC, a Delaware Limited Liability Company; BEXAEW PARKSIDE COURT, LP, a California Limited Partnership; BEXAEW THE HAVENS, LP, a California Limited Partnership; BRE-FMCA, LLC, a Delaware Limited Liability Company; COURTYARDS AT 65TH, L.P., a California Limited Partnership; EMC SPE, LLC, a Delaware Limited Liability Company; EMERALD POINTE APARTMENTS, LLC, a Delaware Limited Liability Company; ESSEX 500 FOLSOM, LLC, a Delaware Limited Liability Company; ESSEX ANAVIA, L.P., a California Limited Partnership; ESSEX BELLA VILLAGIO, L.P., a California Limited Partnership; ESSEX BELLERIVE, L.P., a California Limited Partnership; ESSEX BERKELEY 4TH STREET, L.P., a California Limited Partnership; ESSEX BEX III, LLC, a Delaware Limited Liability Company; ESSEX BEXAEW, LLC, a Delaware Limited Liability Company; ESSEX BLUFFS, L.P.,, a California Limited Partnership; ESSEX BRIARWOOD, L.P., a California Limited Partnership; ESSEX BRIDGEPORT, L.P., a California Limited Partnership; ESSEX BUENA VISTA, LLC, a Delaware Limited Liability Company; ESSEX BUNKER HILL, L.P., a California Limited Partnership; ESSEX CADENCE GP, L.P., a Delaware Limited Partnership; ESSEX CADENCE OWNER, L.P., a California Limited Partnership; ESSEX CAL-WA, L.P., a California Limited Partnership; ESSEX CAMARILLO CORPORATION, a California Stock Corporation; ESSEX CAMARILLO, L.P., a California Limited |

Partnership; ESSEX CAMINO RUIZ APARTMENTS, L.P., a California Limited Partnership; ESSEX CANYON OAKS APARTMENTS, L.P., a California Limited Partnership; ESSEX CARLYLE, L.P., a California Limited Partnership; ESSEX CATALINA GARDENS, LLC, a Delaware Limited Liability Company; ESSEX CHESTNUT APARTMENTS, L.P., a California Limited Partnership; ESSEX CITY VIEW, L.P., a California Limited Partnership; ESSEX COCHRAN, L.P., a California Limited Partnership; ESSEX COLUMBUS, L.P., a California Limited Partnership; ESSEX DUBLIN GP, L.P., a Delaware Limited Partnership; ESSEX DUBLIN OWNER, L.P., a California Limited Partnership; ESSEX EMERYVILLE GP, L.P., a Delaware Limited Partnership; ESSEX EMERYVILLE OWNER, L.P., a California Limited Partnership; ESSEX ESPLANADE, L.P., a California Limited Partnership; ESSEX FORM 15, L.P., a California Limited Partnership; ESSEX FOUNTAIN PARK APARTMENTS, L.P., a California Limited Partnership; ESSEX FOX PLAZA, L.P., a California Limited Partnership; ESSEX GAS COMPANY LOFTS, L.P., a California Limited Partnership; ESSEX GATEWAY MANAGEMENT, LLC, a California Limited Liability Company; ESSEX HAMILTON, L.P., a California Limited Partnership; ESSEX HAVER HILL, L.P., a California Limited Partnership; ESSEX HGA, LLC, a Delaware Limited Liability Company; ESSEX HILLCREST PARK, L.P., a California Limited Partnership; ESSEX HILLSBOROUGH PARK, L.P., a California Limited Partnership; ESSEX

| | |
|---|---|
| 1 | HILLSDALE GARDEN APARTMENTS, L.P., a California Limited Partnership; ESSEX HUNTINGTON BREAKERS, L.P., a California Limited Partnership; ESSEX HUNTINGTON ON EDINGER, L.P., a California Limited Partnership; ESSEX JAYSAC TASMAN, L.P., a California Limited Partnership; ESSEX JMS ACQUISITION, L.P., a California Limited Partnership; ESSEX JV, LLC, a Delaware Limited Liability Company; ESSEX KIELY, L.P., a California Limited Partnership; ESSEX KINGS ROAD, L.P., a California Limited Partnership ESSEX LE PARC, L.P., a California Limited Partnership; ESSEX LORRAINE, L.P., a California Limited Partnership; ESSEX MANAGEMENT CORPORATION, a California Stock Corporation; ESSEX MARBRISA LONG BEACH, L.P., a California Limited Partnership; ESSEX MARINA CITY CLUB, L.P., a California Limited Partnership; ESSEX MCC, LLC, a Delaware Limited Liability Company; ESSEX MEADOWOOD, L.P., a California Limited Partnership; ESSEX MERIDIAN, LLC, a Delaware Limited Liability Company; ESSEX MIRABELLA MARINA APARTMENTS, L.P., a California Limited Partnership; ESSEX MONARCH LA BREA APARTMENTS, L.P., a California Limited Partnership; ESSEX MONTEREY VILLAS, L.P., a California Limited Partnership; ESSEX MONTEREY VILLAS, LLC, a Delaware Limited Liability Company; ESSEX NBN SPE, LLC, a Delaware Limited Liability Company; ESSEX NOHO APARTMENTS, L.P., a California Limited Partnership; ESSEX PARK |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CATALINA, L.P., a California Limited Partnership; ESSEX PE LOFTS, L.P., a California Limited Partnership; ESSEX PLEASANTON GP, L.P., a Delaware Limited Partnership; ESSEX PLEASANTON OWNER, L.P., a California Limited Partnership; ESSEX REGENCY ESCUELA, L.P., a California Limited Partnership; ESSEX REXFORD, LLC, a Delaware Limited Liability Company; ESSEX RILEY SQUARE, L.P., a California Limited Partnership; ESSEX SAN FERNANDO, L.P., a California Limited Partnership; ESSEX SAN RAMON PARTNERS L.P., a California Limited Partnership; ESSEX SANTEE COURT, L.P., a California Limited Partnership; ESSEX SKYLINE, L.P., a California Limited Partnership; ESSEX SPE, LLC, a Delaware Limited Liability Company; ESSEX SUMMERHILL PARK, L.P., a California Limited Partnership; ESSEX THE COMMONS, L.P., a California Limited Partnership; ESSEX THE POINTE, L.P., a California Limited Partnership; ESSEX THE WOODS, L.P., a California Limited Partnership; ESSEX TIERRA VISTA, L.P., a California Limited Partnership; ESSEX TIFFANY COURT, LLC, a Delaware Limited Liability Company; ESSEX TOLUCA LAKE, L.P., a California Limited Partnership; ESSEX TOWNSHIP, L.P., a California Limited Partnership; ESSEX TREETOPS, L.P., a California Limited Partnership; ESSEX VALLEY VILLAGE MAGNOLIA, LLC, a Delaware Limited Liability Company; ESSEX VISTA BELVEDERE, L.P., a California Limited Partnership; ESSEX WALNUT GP, L.P., a Delaware Limited

| | |
|---|---|
| 1 | Partnership; ESSEX WALNUT OWNER, L.P., a California Limited Partnership; ESSEX WARNER CENTER, L.P., a California Limited Partnership; ESSEX WATERFORD, L.P., a California Limited Partnership; ESSEX WESCO III, L.P., a California Limited Partnership; ESSEX WESCO IV, LLC, a Delaware Limited Liability Company; ESSEX WESCO V, LLC, a California Limited Liability Company; ESSEX WESCO, L.P., a California Limited Partnership; ESSEX WILSHIRE, L.P., a California Limited Partnership; FAIRHAVEN APARTMENT FUND, LTD., a California Limited Partnership; GBR PALMA SORRENTO LLC, a Delaware Limited Liability Company; GR BLOCK B LLC, a Delaware Limited Liability Company; GR BLOCK C LLC, a Delaware Limited Liability Company; JAPANTOWN ASSOCIATES LLC, a Delaware Limited Liability Company; K-H PROPERTIES, a California Limited Partnership; MONARCH BUENA VISTA BORROWER, LLC, a Delaware Limited Liability Company; MONARCH ESSEX SCRIPPS GP, LLC, a Delaware Limited Liability Company; MONARCH ESSEX SCRIPPS, LLC, a Delaware Limited Liability Company; NEW CENTURY TOWERS, LLC, a Delaware Limited Liability Company; NEWPORT BEACH NORTH LLC, a Delaware Limited Liability Company; PALM VALLEY ROLL-UP LLC, a Delaware Limited Liability Company; PINE GROVE APARTMENT FUND, LTD., a California Limited Partnership; PPC SAGE APARTMENTS MANAGER II LLC, a Delaware Limited Liability Company; |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | PPC SAGE LLC, a Delaware Limited Liability Company; RICHMOND ESSEX, L.P., a California Limited Partnership; SAC REDWOOD CITY APARTMENTS LLC, a Delaware Limited Liability Company; SANTA CLARA SQUARE, LLC, a California Limited Liability Company; SANTA MONICA AFFORDABLE PARTNERS, L.P., a California Limited Partnership; SP/P CHANNEL POINT, L.L.C., a Delaware Limited Liability Company; THE OAKBROOK COMPANY, an Ohio Limited Partnership; VALLEY PARK APARTMENTS, LTD., a California Limited Partnership; VILLA ANGELINA APARTMENT FUND, LTD., a California Limited Partnership; WC BRIO APARTMENTS LLC, a Delaware Limited Liability Company; WCP SERRANO, INC, a Delaware Corporation; WESCO GP, LLC, a Delaware Limited Liability Company; WESCO III BEX, LLC, a Delaware Limited Liability Company; WESCO III GP, LLC, a Delaware Limited Liability Company; WESCO IV, LLC, a Delaware Limited Liability Company; WESCO IV, LLC, a Delaware Limited Liability Company; WESTERN MOUNTAIN VIEW II INVESTORS, a California Limited Partnership; WESTERN RIVIERA INVESTORS, a California Limited Partnership; WESTERN-SEVEN TREES INVESTORS, a California Limited Partnership; and DOES 1 through 100, inclusive,, |
| | Defendants. |
| 27 | / / / |
| 28 | / / / |

1  Presently before the Court is the Stipulation Remanding Case to State Court ("Stip.,"
2  ECF No. 8) filed by Plaintiffs Alexis Norman and Nicolette Cochran and Defendants the
3  Essex Entities.[1]  Good cause appearing, the Court **APPROVES** the Parties' Stipulation
4  (ECF No. 8); **REMANDS** this action to the Superior Court of California, County of San
5  Diego; and **DENIES AS MOOT** Plaintiffs' pending Motion for Remand (ECF No. 6).
6  **IT IS SO ORDERED.**
7  Dated: May 2, 2023

_____
Honorable Todd W. Robinson
United States District Judge

---

[1] According to counsel, (*see* Stip. at 7 n.1), the Essex Entities comprise all Defendants except for Bayport Serrano Associates, LP; SP/P Channel Point, LLC; and WCP Serrano, Inc.